# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **DAVID ROBERT CRAWFORD,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**COMMISSIONER OF SOCIAL SECURITY,** )<br>)<br>**Defendant.** ) | Case No. 14-CV-3272 |

## ORDER

A Report and Recommendations (#21) was filed by Magistrate Judge David G. Bernthal in the above cause on February 29, 2016. On April 18, 2016, Plaintiff, David Robert Crawford, filed an Objection to Report and Recommendations (#23). Defendant filed a Response to Plaintiff's Objections (#24) on April 29, 2016.

Following this court's careful *de novo* review of the Magistrate Judge's reasoning, Plaintiff's Objection, and Defendant's Response this court agrees with and accepts the Magistrate Judge's Report and Recommendations (#21).

This court agrees that Plaintiff's Motion for Summary Judgment (#13) should be DENIED and Defendant's Motion for Summary Judgment (#17) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendations (#21) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#13) is DENIED and Defendant's Motion for Summary Judgment (#17) is GRANTED.

(3) This case is terminated.

        ENTERED this <u>3rd</u> day of <u>May</u>, 2016.

            s/COLIN S. BRUCE
            U.S. DISTRICT JUDGE